# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax: (717) 232-0477 |

December 8, 2016

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
PO BOX 908
HARRISBURG, PA 17108-0908

Re: Christopher Patrick Noble
BANKRUPTCY CASE NO:1:13-bk-00766

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtor to:

948 Parish Place
Hummelstown, PA 17036


Please remove old address from mailing matrix.


Thank you for your attention to this matter.


Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary