## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher Patrick Noble<br>    Debtor(s) | BKY. NO. 13-00766 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Green Tree Servicing LLC, as authorized servicer for Fannie Mae, as owner and holder of account/contract originated by GMAC Mortgage, LLC dba ditech, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 4936

             Respectfully submitted,


             **/s/ Thomas Puleo**
             Thomas Puleo, Esquire
             James C. Warmbrodt, Esquire
             KML Law Group, P.C.
             701 Market Street, Suite 5000
             Philadelphia, PA 19106-1532
             (215) 825-6306 FAX (215) 825-6406
             Attorney for Movant/Applicant