```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                        Case No. 13-00766-MDF
Christopher Patrick Noble                                     Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AGarner             Page 1 of 1             Date Rcvd: Jan 31, 2017
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2017.
db             +Christopher Patrick Noble,   948 Parish Place,   Hummelstown, PA 17036-8986

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2017                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Christopher Patrick Noble DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Jeremy John Kobeski    on behalf of Creditor   GREEN TREE SERVICING LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   GREEN TREE SERVICING LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Christopher Patrick Noble karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor   JP Morgan Chase Bank, N.A. klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Paul C Bametzreider    on behalf of Creditor   Jonestown Bank and Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Peter J Ashcroft    on behalf of Creditor   GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com
              Regina  Cohen    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Scott A Millhouse    on behalf of Creditor   21st Mortgage Corporation smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Scott A Millhouse    on behalf of Attorney Scott A Millhouse smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Thomas I Puleo    on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

**CHRISTOPHER PATRICK NOBLE**

Chapter **13**

Debtor(s)

Case Number: **1:13-bk-00766-MDF**

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant**

Dated: January 31, 2017

By the Court,

*Mary D. France*
Bankruptcy Judge
(VK)

MDPA-Order on Request for Redaction.WPT REV 06/16