# Allied Mortgage Group, Inc.

5000 Coastal Highway Unit 3 · Ocean City, MD 21842

*Save this Loan Estimate to compare with your Closing Disclosure.*

# Loan Estimate

| | | | | |
|---|---|---|---|---|
| | | **LOAN TERM** | 30 years | |
| **DATE ISSUED** | 6/15/2017 | **PURPOSE** | Purchase | |
| **APPLICANTS** | Christopher P Noble and Kimberly J Noble | **PRODUCT** | Fixed Rate | |
| | 948 Parish Place | **LOAN TYPE** | ☐ Conventional ☐ FHA ☒ VA ☐ _____ | |
| | Hummelstown, PA 17036 | **LOAN ID #** | 204617058315 | |
| **PROPERTY** | 948 Parish Place | **RATE LOCK** | ☐ NO ☒ YES, until 7/13/2017 at 5:00 PM EDT | |
| | Hummelstown, PA 17036 | | *Before closing, your interest rate, points, and lender credits can change unless you lock the interest rate. All other estimated closing costs expire on **6/29/2017** at 5:00 PM EDT* | |
| **SALE PRICE** | $226,000 | | | |

## Loan Terms

| | | Can this amount increase after closing? |
|---|---|---|
| **Loan Amount** | $230,859 | **NO** |
| **Interest Rate** | 3.625 % | **NO** |
| **Monthly Principal & Interest**<br>*See Projected Payments below for your Estimated Total Monthly Payment* | $1,052.84 | **NO** |

| | Does the loan have these features? |
|---|---|
| **Prepayment Penalty** | **NO** |
| **Balloon Payment** | **NO** |

## Projected Payments

| Payment Calculation | | Years 1-30 | |
|---|---|---|---|
| Principal & Interest | | $1,052.84 | |
| Mortgage Insurance | + | 0 | |
| Estimated Escrow<br>*Amount can increase over time* | + | 483 | |
| **Estimated Total Monthly Payment** | | $1,536 | |

| | | This estimate includes | In escrow? |
|---|---|---|---|
| **Estimated Taxes, Insurance & Assessments**<br>*Amount can increase over time* | $483<br>a month | ☒ Property Taxes | YES |
| | | ☒ Homeowner's Insurance | YES |
| | | ☐ Other: | |
| | | *See Section G on page 2 for escrowed property costs. You must pay for other property costs separately.* | |

## Costs at Closing

| | | |
|---|---|---|
| **Estimated Closing Costs** | $19,048 | Includes $9,212 in Loan Costs + $9,836 in Other Costs - $0 in Lender Credits. *See page 2 for details.* |
| **Estimated Cash to Close** | $3,114 | Includes Closing Costs. *See Calculating Cash to Close on page 2 for details.* |

Visit **www.consumerfinance.gov/mortgage-estimate** for general information and tools.

# Closing Cost Details

## Loan Costs

### A. Origination Charges — $1,375
% of Loan Amount (Points)
| | |
|---|---|
| Mortgage Technology Fee to Ellie Mae | $85 |
| Origination Fee | $995 |
| Processing Fees | $295 |

### B. Services You Cannot Shop For — $5,419
| | |
|---|---|
| Appraisal Fee | $450 |
| Credit Report | $95 |
| Flood Certification | $15 |
| VA Funding Fee | $4,859 |

### C. Services You Can Shop For — $2,418
| | |
|---|---|
| Pest Inspection | $100 |
| Title - Closing Protection Letter | $125 |
| Title - Lender's Title Insurance | $1,743 |
| Title - Settlement Fee | $300 |
| Title - Title Endorsement Fee | $150 |

### D. TOTAL LOAN COSTS (A + B + C) — $9,212

## Other Costs

### E. Taxes and Other Government Fees — $2,658
| | |
|---|---|
| Recording Fees and Other Taxes | $298 |
| Transfer Taxes | $2,360 |

### F. Prepaids — $5,194
| | |
|---|---|
| Homeowner's Insurance Premium (12 months) | $600 |
| Mortgage Insurance Premium ( months) | |
| Prepaid Interest ($22.93 per day for 19 days @3.625 %) | $436 |
| Property Taxes (5 months) | $743 |
| School Taxes (12 months) | $3,415 |

### G. Initial Escrow Payment at Closing — $1,709
| | | |
|---|---|---|
| Homeowner's Insurance | $50.00 per month for 2 mo. | $100 |
| Mortgage Insurance | per month for mo. | |
| Property Taxes | $148.54 per month for 7 mo. | $1,040 |
| School Tax | $284.59 per month for 2 mo. | $569 |

### H. Other — $275
| | |
|---|---|
| Homeowner's Warranty (optional) | $275 |

### I. TOTAL OTHER COSTS (E + F + G + H) — $9,836

### J. TOTAL CLOSING COSTS — $19,048
| | |
|---|---|
| D + I | $19,048 |
| Lender Credits | |

## Calculating Cash to Close

| | |
|---|---|
| Total Closing Costs (J) | $19,048 |
| Closing Costs Financed (Paid from your Loan Amount) | -$4,859 |
| Down Payment/Funds from Borrower | $0 |
| Deposit | $0 |
| Funds for Borrower | $0 |
| Seller Credits | -$10,800 |
| Adjustments and Other Credits | -$275 |
| **Estimated Cash to Close** | $3,114 |

# Additional Information About This Loan

**LENDER**          Allied Mortgage Group, Inc.
**NMLS/ ___ LICENSE ID** 1067 / 21600.027
**LOAN OFFICER**    Matthew Sliwa
**NMLS/ ___ LICENSE ID** 577660 / 58970
**EMAIL**          msliwa@freedmont.com
**PHONE**          410-628-0500

**MORTGAGE BROKER**
**NMLS/ ___ LICENSE ID**
**LOAN OFFICER**
**NMLS/ ___ LICENSE ID**
**EMAIL**
**PHONE**

| Comparisons | Use these measures to compare this loan with other loans. |
|---|---|
| **In 5 Years** | **$72,818** Total you will have paid in principal, interest, mortgage insurance, and loan costs. <br> **$23,344** Principal you will have paid off. |
| **Annual Percentage Rate (APR)** | **3.880 %** Your costs over the loan term expressed as a rate. This is not your interest rate. |
| **Total Interest Percentage (TIP)** | **64.367 %** The total amount of interest that you will pay over the loan term as a percentage of your loan amount. |

## Other Considerations

| | |
|---|---|
| **Appraisal** | We may order an appraisal to determine the property's value and charge you for this appraisal. We will promptly give you a copy of any appraisal, even if your loan does not close. You can pay for an additional appraisal for your own use at your own cost. |
| **Assumption** | If you sell or transfer this property to another person, we <br> ☒ will allow, under certain conditions, this person to assume this loan on the original terms. <br> ☐ will not allow assumption of this loan on the original terms. |
| **Homeowner's Insurance** | This loan requires homeowner's insurance on the property, which you may obtain from a company of your choice that we find acceptable. |
| **Late Payment** | If your payment is more than *15* days late, we will charge a late fee of *4% of the payment.* |
| **Refinance** | Refinancing this loan will depend on your future financial situation, the property value, and market conditions. You may not be able to refinance this loan. |
| **Servicing** | We intend <br> ☐ to service your loan. If so, you will make your payments to us. <br> ☒ to transfer servicing of your loan. |

## Confirm Receipt

By signing, you are only confirming that you have received this form. You do not have to accept this loan because you have signed or received this form.

Christopher P Noble       Date         Kimberly J Noble       Date

Case 1:13-bk-00766-RNO   Doc 99   Filed 07/06/17   Entered 07/06/17 16:15:28   Desc
Main Document   Page 3 of 3