# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email:  info.mottandgendronlaw@gmail.com

Dorothy L. Mott, Esquire                                    Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                    Fax:  (717) 232-0477

July 18, 2017

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re:   Christopher Patrick Noble
        Bankruptcy No:1:13-bk-00766

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

GECRB/LOW
BANKRUPTCY DEPARTMENT
PO BOX 103106
ROSWELL, GA 30076

to:

GECRB/LOW
C/O SYNCB/LOWES
PO BOX 965036
ORLANDO, FL 32896

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law