```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 13-00766-RNO
Christopher Patrick Noble                                       Chapter 13
      Debtor
                           **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: TWilson           Page 1 of 1            Date Rcvd: Jul 28, 2017
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 30, 2017.
db             +Christopher Patrick Noble,    948 Parish Place,    Hummelstown, PA 17036-8986

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2017                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Christopher Patrick Noble DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Jeremy John Kobeski    on behalf of Creditor    GREEN TREE SERVICING LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    GREEN TREE SERVICING LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Christopher Patrick Noble karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor    JP Morgan Chase Bank, N.A. klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Paul C Bametzreider    on behalf of Creditor    Jonestown Bank and Trust Company
               paulb@reillywolfson.com, bhaase@reillywolfson.com
              Peter J Ashcroft    on behalf of Creditor    GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
               rive.com;dschimizzi@bernsteinlaw.com;acarr@bernsteinlaw.com
              Regina Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Scott A Millhouse    on behalf of Creditor    21st Mortgage Corporation smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Scott A Millhouse    on behalf of Attorney Scott A Millhouse smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
CHRISTOPHER PATRICK NOBLE :
: CASE NO. 1:13-bk-00766
:
:
Debtor :

## ORDER

IN HARRISBURG, in said District,

UPON CONSIDERATION of the Motion filed by the Debtor for Approval to Incur Secured Debt, it is hereby

ORDERED AND DECREED that the Motion is granted.

By the Court,

_Robert N. Opel, II, Chief Bankruptcy Judge_
(BI)

Dated: July 28, 2017