```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 13-00766-RNO
Christopher Patrick Noble                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: AGarner            Page 1 of 1              Date Rcvd: May 15, 2018
                             Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Christopher Patrick Noble,   948 Parish Place,   Hummelstown, PA 17036-8986

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Christopher Patrick Noble DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Jeremy John Kobeski    on behalf of Creditor   GREEN TREE SERVICING LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor   GREEN TREE SERVICING LLC pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Christopher Patrick Noble karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Kathryn Leanne Mason    on behalf of Creditor   JP Morgan Chase Bank, N.A. klm@jsdc.com,
               cls@jsdc.com;eaf@jsdc.com
              Paul C Bametzreider    on behalf of Creditor   Jonestown Bank and Trust Company
               paulb@reillywolfson.com, pbaylor@reillywolfson.com
              Peter J Ashcroft    on behalf of Creditor   GREEN TREE SERVICING LLC pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Regina Cohen    on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              Scott A Millhouse    on behalf of Creditor   21st Mortgage Corporation smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Scott A Millhouse    on behalf of Attorney Scott A Millhouse smillhouse@mdbbe.com,
               lbrenner@mdbbe.com
              Thomas I Puleo    on behalf of Creditor   GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 14

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Christopher Patrick Noble  
948 Parish Place  
Hummelstown, PA 17036

Chapter 13  
Case No. 1:13−bk−00766−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−3170

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 15, 2018

By the Court,

*Robt N. Opel II*

Honorable Robert N. Opel, II  
United States Bankruptcy Judge  
By: AGarner, Deputy Clerk